# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Ty Erik Lopes
v. Roseanne Campbell, Warden, et al.
No. 11-5329
(Your No. 09-15769)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk